# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2631

_____

Matthew John Shortt,　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　　*
　　　　　　Appellant,　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　v.　　　　　　　　　　　　　　　　　*　District Court for the Western
　　　　　　　　　　　　　　　　　　　　*　District of Missouri.
Dick Clark's AB Theatre, LLC,　　　　　　*
　　　　　　　　　　　　　　　　　　　　*　[UNPUBLISHED]
　　　　　　Appellee.　　　　　　　　　　*

_____

Submitted: February 22, 2011
Filed: March 1, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

　　　Matthew Shortt appeals the district court's[1] adverse grant of summary judgment in his wrongful termination and retaliation suit against his former employer. Having carefully reviewed the record de novo, see Washburn v. Soper, 319 F.3d 338, 340-41 (8th Cir. 2003) (standard of review), we conclude that Shortt failed to create a trialworthy issue as to whether he was discharged in retaliation for voicing complaints about wages and coworkers. We also conclude that the district court did not abuse its discretion in denying reconsideration. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

　　　[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.